**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO:** | **6:26-cr-192-CEM-CAB** | **DATE:** | **August 11, 2026** |
| **HONORABLE LESLIE HOFFMAN PRICE** | | **INTERPRETER:** | **Catherine Finn** |
| **UNITED STATES OF AMERICA**<br>v.<br>**YONGBO LI**<br>**HUASHAN LU**<br>**YUXIANG ZHAO** | | **LANGUAGE:** | **Mandarin** |
| | | **ASSISTANT U.S. ATTORNEY:**<br>**Patrick Flanigan** | |
| | | **DEFENSE COUNSEL:**<br>**Roger Weeden**<br>**Sebastian Campbell**<br>**David Wilson** | |
| **COURT REPORTER:** | **DIGITAL** | **DEPUTY CLERK:** | **Edward Jackson** |
| **TIME** | **9:38-10:01** **TOTAL: 23 mins** | **PRETRIAL:** | |
| | | **COURTROOM:** | **5D** |

**PROCEEDINGS: ARRAIGNMENT**

(✓) Case called; appearances taken; procedural setting by the Court.

(✓) The Interpreter was sworn.

(✓) The Government summarized the charge in the Indictment and penalties.

(✓) The Defendant waived formal reading of the Indictment and entered a plea of not guilty.

(✓) The Court received the plea. Scheduling Order entered.

(✓) Other issues were addressed.